**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01389-CV

### IN RE JOSEPH HENRY BROWN, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-53946-W**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's November 28, 2016 petition for writ of mandamus.

/s/     DOUGLAS S. LANG
        JUSTICE